**Dismissed and Opinion Filed March 21, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00437-CV

### ROSEMARY BENSON ROJAS, Appellant
### V.
### DOROTHY BENSON PARKER, Appellee

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. CV13 00084-V-292nd**

## MEMORANDUM OPINION

Before Justices FitzGerald, Lang, and Fillmore
Opinion by Justice FitzGerald

Both the filing fee and the clerk's record in this case are overdue. After the trial court denied appellant's request to proceed without payment of costs, the Court, by order dated July 18, 2013, ordered appellant to pay the $175 filing fee by July 29, 2013. We expressly cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. By postcard dated September 16, 2013, we notified appellant the time for filing her brief had expired. We directed appellant to file both her brief and an extension motion within ten days. We cautioned appellant that failure to file her brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not paid the filing fee, filed her brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).

130437F.P05

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ROSEMARY BENSON ROJAS, Appellant

No. 05-13-00437-CV     V.

DOROTHY BENSON PARKER, Appellee

On Appeal from the 292nd Judicial District Court, Dallas County, Texas

Trial Court Cause No. CV13 00084-V-292nd.

Opinion delivered by Justice FitzGerald. Justices Fillmore and Evans participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee DOROTHY BENSON PARKER recover her costs of this appeal from appellant ROSEMARY BENSON ROJAS.

Judgment entered March 21, 2014

/Kerry P. FitzGerald/

KERRY P. FITZGERALD
JUSTICE

–3–